UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricardo Velasquez,<br><br>                    Plaintiff,<br><br>          v.<br><br>The Uncommons LLC, et al.,<br><br>                    Defendants. | 24-CV-9571 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On December 21, 2024, this Court ordered that, within thirty (30) days of service of the summons and complaint, the parties meet and confer for at least one hour in a good-faith attempt to settle this action. *See* ECF No. 7. The Court further ordered that, within forty-five (45) days of service of the summons and complaint, the parties submit a joint letter informing the Court whether they had settled and, if not, whether they requested a referral for mediation or to proceed with an initial pretrial conference. *See id.* The summons and complaint were served on December 31, 2024, and forty-five days from that date was February 14, 2025, but no such letter has been filed.

Accordingly, IT IS HEREBY ORDERED that the parties must submit a joint status letter with the information requested in the Court's December 21, 2024 Order no later than **October 30, 2025.**

Dated: October 16, 2025
        New York, New York

_____
DALE E. HO
United States District Judge