UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricardo Velasquez,<br><br>                        Plaintiff,<br><br>                v.<br><br>The Uncommons LLC, et al.,<br><br>                        Defendants. | 24 Civ. 9571 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **January 28, 2026,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 3, 2026,** at **2:00 p.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: February 2, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge